IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHEILA PETTIS,

    Plaintiff,

vs.                                    Case No. 4:09CV18-RH/AK

PAIGE AUGUSTINE, et al,

    Defendants.

                         /

## ORDER DIRECTING SERVICE

Plaintiff's Second Amended Complaint (doc. 12) has been reviewed pursuant to 28 U.S.C. § 1915A, and is deemed sufficient to alert the defendants to the nature of the claims asserted against them.  Service copies of the pleading have been received. Consequently, service will now be directed on the Defendants.

Accordingly, it is

**ORDERED:**

1. The Clerk is directed to issue summons for the Defendants in this action: Warden Paige Augustine, Federal Correctional Institution, 501 Capital Circle NE, Tallahassee, Florida 32301; Warden Mary Mitchell, Robin Cuffie, M. A. Deleon Blanco, and Jose Acebal, all employed at Coleman Camp, P. O. Box 1021, Coleman, Florida 33521-1022.

2.  The Clerk of Court is directed to prepare and send to the United States Marshal a copy of this order for each Defendant, as well as a copy for the Attorney General of the United States and the United States Attorney for the Northern District of Florida, along with the service copies of the summons and second amended complaint. Pursuant to Fed. R. Civ. P. 4(c)(2), all costs of service shall be advanced by the United States.

3.  The Marshal shall forward to the Plaintiff USM 285 forms for the United States Attorney, the Attorney General of the United States, and the one named Defendant. Plaintiff shall complete single USM 285 forms for service upon the United States Attorney for the Northern District of Florida, (to be addressed to: Civil Process Clerk, United States Attorney's Office, Northern District of Florida, 111 N. Adams Street, Fourth Floor, Tallahassee, Florida 32301), the Attorney General of the United States (Department of Justice, Room 511, Washington, D.C. 20530), and Defendants listed in ¶ 1. The instructions shall require Plaintiff to complete and return the forms to the United States Marshal's office in Tallahassee within twenty (20) days from the date of receipt thereof. Failure by Plaintiff to return the completed forms within this time period may result in the dismissal of this case.

4.  The Marshal shall serve the office of the United States Attorney for this District by delivering a copy of the second amended complaint and summons to the designated civil process clerk for the United States Attorney for the Northern District of Florida.

5.  The Marshal shall serve the Attorney General of the United States by sending a copy of the second amended complaint and summons **via certified mail** to the Attorney General of the United States at the address specified above.

6.  The Marshal shall serve the Defendant by sending a copy of the second amended complaint and summons **via certified mail** to Defendant **Julie Southerland** at the address specified above.

7.  The Clerk of Court is directed to return this file to the undersigned if a return of service is filed which indicates that service has not been executed or upon receipt of an answer to the second amended complaint.

8.  After a response to the complaint has been filed by Defendant, Plaintiff shall be required to mail a copy of every pleading or other paper, including letters, submitted for consideration to the Court, to the attorney for Defendant.  Plaintiff shall include with each original paper that is filed with the Clerk of the Court a certificate stating the date a correct copy of the paper was mailed to each Defendant or to counsel for Defendant. Any paper submitted that does not contain a certificate of service shall be returned by the Clerk and disregarded by the Court.

9.  In accordance with 28 U.S.C. § 636(c)(2), the Clerk shall forward a form for consenting to trial by the magistrate judge, with the case number written on it, to Plaintiff.  If Plaintiff wishes to consent, she should sign the form and forward it to counsel for Defendant, who shall return it to the Clerk only if Defendant consents.

**DONE AND ORDERED** this  *11th*  day of June, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**